UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL ACTION NO.11-13647

CHRISTOPHER STEVENS,

    Plaintiff,

-v-

O'REILLY AUTO PARTS,

    Defendant(s).
_____/

### ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on August 23, 2011.

PRESENT:  THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

The plaintiff has filed a motion for appointment of counsel. The Court concludes it would be premature to grant plaintiff's motion at this time. Should the Court determine that appointment of counsel is appropriate at some future time, plaintiff's motion may be reconsidered. Accordingly,

IT IS ORDERED that plaintiff's motion for appointment of counsel is DENIED without prejudice.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated:  August 23, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 23, 2011, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager